UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMY HAYNEN, ) <br> ) <br> Defendant. ) | Case No. CR10-305 TSZ <br><br> **DETENTION ORDER** |

Offense charged:

　　Distribution of Oxycodone.

Date of Detention Hearing:  October 12, 2010.

　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

　　　　　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　Defendant's past performance on pre-trial supervision has been poor.  In 2008 he was released on bond.  His release was revoked after the Court found he had had improper contact

DETENTION ORDER - 1

with persons related to the case.  Defendant was just released from custody on April 14, 2010. On April 22, 2010, the probation department requested a warrant be issued alleging defendant had committed the crime alleged herein.  Defendant did not argue for release and stipulated to detention.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of October, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2